## 38967. McCLOSKEY VARNISH COMPANY v. THEBAUT.

PER CURIAM.

After plenary consideration of this matter, it is found not to satisfy the criteria for the grant of certiorari and the writ is therefore vacated.

*All the Justices concur, except Marshall, P. J., Weltner and Bell, JJ., who dissent.*

DECIDED JANUARY 4, 1983.

*Robert C. Lamar,* for appellant.
*Sonja L. Salo, Billy L. Spruell,* for appellee.